**Q-PHARMA, INC., Plaintiff-Appellee,**

v.

**THE ANDREW JERGENS COMPANY, Defendant-Appellant.**

**No. 03-1184.**

United States Court of Appeals, Federal Circuit.

March 6, 2003.

ON MOTION

LINN, Circuit Judge.

*ORDER*

The Andrew Jergens Company moves for reconsideration of this court's January 27, 2003 order dismissing its appeal for failure to pay the fee, the filing fee now having been paid. Q-Pharma, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, the court's January 27, 2003 order is vacated, and the appeal is reinstat-

ed. Jergens' brief is due within 30 days of
the date of filing of this order.